George ABRAHAM, Appellant, v. UNITED STATES of America, Appellee.

No. 10637.

United States Court of Appeals
Sixth Circuit.

Oct. 13, 1948.

Writ of Certiorari Denied Dec. 20, 1948.

See 69 S.Ct. 300.

Fred R. Walker and Wm. G. Comb, both of Detroit, Mich., for appellant.

Thomas P. Thornton, of Detroit, Mich. for appellee.

Before HICKS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

This case was heard on the transcript of the record, briefs and oral argument of counsel; and it appearing to the court that there was sufficient evidence to support the verdict of the jury, and that there is no error on the record, it is therefore ordered and adjudged that the judgment appealed from be and the same is in all things affirmed.

ALABAMA GREAT SOUTHERN RAIL-ROAD COMPANY, Appellant, v. Mack SMITH, Appellee.

No. 10651.

United States Court of Appeals
Sixth Circuit.

Oct. 15, 1948.

Whitaker, Hall & Haynes, of Chattanooga, Tenn., for appellant.

Berke & Fleming and W. L. Tillett, all of Chattanooga, Tenn., for appellee.

Before ALLEN, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the briefs and record and oral argument of counsel. And it appearing that the verdict of the jury is supported by substantial evidence, and no reversible error appearing in the record, it is ordered that the judgment be, and it hereby is, affirmed.

Laurie J. CARPENTER, Appellant, v. ROHM & HAAS CO., Inc.

No. 9699.

United States Court of Appeals
Third Circuit.

Argued Oct. 19, 1948.

Decided Oct. 22, 1948.

Laurie J. Carpenter, of New York City, pro se.

Morton E. Evans, of Wilmington, Del. (James R. Morford and Marvel & Morford, all of Wilmington, Del., on the brief), for appellee.

Before MARIS, GOODRICH, and KALODNER, Circuit Judges.

PER CURIAM.

Our examination of the record in this case satisfies us that the district court rightly dismissed the complaint upon the ground, set up as the third defense in the defendant's answer, that the plaintiff's claim was barred by the applicable statute of limitations. Accordingly the judgment of the district court, 75 F.Supp. 732, will be affirmed.